JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JESUS SAAVEDRA ISLAS,

Petitioner,

v.

DHS, *et al.*,

Respondents.

Case No. 5:26-cv-02572-PA-ACCV

**JUDGMENT**

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is denied as moot, with no further proceedings, and is dismissed without prejudice consistent with the reasons and findings set forth in the Order Dismissing Petition.

DATED: August 13, 2026

PERCY ANDERSON
United States District Judge